**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DEBORAH D. GUNTER**                                                      **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-00309 KGB-PSH**

**COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.   No objections have been filed, and the time to file objections has passed.   After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.   Judgment will be entered accordingly.

It is therefore ordered that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge