IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBORAH D. GUNTER**                                                                                          **PLAINTIFF**

v.                            Case No. 4:20-cv-00309 KGB-PSH

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that judgment be entered for plaintiff Deborah D. Gunter, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So adjudged this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge